AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Scorpio Ramos | ) | Case No.    26 -mj- 4166 |
| | ) | |
| _Defendant_ | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date:    05/18/2026

_Defendant's signature_

_Signature of defendant's attorney_

Blake _____ #630____

_Printed name and bar number of defendant's attorney_

_Address of defendant's attorney_

_E-mail address of defendant's attorney_

_Telephone number of defendant's attorney_

_FAX number of defendant's attorney_