AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   26-mj-4166-DHH |
| | ) | |
| SCORPIO RAMOS | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    SCORPIO RAMOS _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ☑ Complaint

❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846- Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
18 U.S.C. § 1956(h)- Money Laundering Conspiracy

Date: **May 5, 2026** _____

_____
*Issuing officer's signature*

City and state:    Worcester, Massachusetts _____

David H. Hennessy, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 5/5/26 , and the person was arrested on *(date)* 5/14/26 at *(city and state)* _____ . |

Date: 5/14/26 _____

SA _____
*Arresting officer's signature*

SA Robert Frasca
*Printed name and title*